CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Faythe Gutierrez, Esq., SBN 310430
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br>v.<br><br>**Umbarger LLC**, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No. 5:20-cv-06542-LHK<br><br>**Stipulation to Dismiss Federal Claim and for the Court to Decline Supplement Jurisdiction Over State Claim** |

The parties hereby stipulate that Plaintiff's claim under the Americans with Disabilities Act is now moot, and therefore request that the Court dismiss that claim with prejudice and further decline supplemental jurisdiction over the state Unruh Act claim, whereupon it would be dismissed without prejudice.

Dated: March 23, 2021                CENTER FOR DISABILITY ACCESS

                                                      By: /s/ Russell Handy
                                                      Russell Handy
                                                      Attorneys for Plaintiff


Dated: March 23, 2021                STILLMAN & ASSOCIATES

                                                      By: /s/ Philip Stillman
                                                      Philip H. Stillman
                                                      Attorneys for Plaintiff