UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                Plaintiff,<br><br>        v.<br><br>UMBARGER LLC,<br><br>                Defendant. | Case No. 20-CV-06542-LHK<br><br>**ORDER GRANTING STIPULATION TO DISMISS CLAIMS** |

Plaintiff Scott Johnson filed this action alleging violations of the Americans with Disabilities Act and Unruh Civil Rights Act against Defendant Umbarger LLC. ECF No. 1. On March 24, 2021, the parties filed a stipulation stating that Plaintiff's claim under the Americans with Disabilities Act is now moot, and therefore the parties request that the Court dismiss that claim with prejudice. ECF No. 19. The Court hereby GRANTS the parties' request to dismiss Plaintiff's Americans with Disabilities Act claim with prejudice.

The parties also request that the Court decline supplemental jurisdiction over Plaintiff's state Unruh Civil Rights Act claim. *Id.* at 1. The Court hereby declines supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim and dismisses that claim without prejudice.

**IT IS SO ORDERED.**

Dated: March 25, 2021

_____
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

Case No. 20-CV-06542-LHK
ORDER GRANTING STIPULATION TO DISMISS CLAIMS