UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>    v.<br><br>UMBARGER LLC,<br><br>      Defendant. | Case No. 20-CV-06542-LHK<br><br>**JUDGMENT** |

On March 25, 2021, the Court dismissed Plaintiff's Americans with Disabilities Act claim with prejudice, pursuant to the parties' stipulation. ECF No. 20. The same day, the Court also declined to exercise supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim and dismissed that claim without prejudice, pursuant to the parties' stipulation. *Id.* Accordingly, judgment is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 25, 2021

                                                                         LUCY H. KOH<br>
                                                                         United States District Judge